H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: _____

RALPH HARDY and those
similarly situated under
the jurisdiction of the
State of Colorado Criminal
Justice system
        Plaintiffs,

VS

Megan Ring et al

Brian Mason et al

Richard Reigenborn et al,
        Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 05 2022
JEFFREY P. COLWELL
CLERK

## MOTION TO CERTIFY ACTION A CLASS ACTION

1. The plaintiff RALPH HARDY, pro se, a non-lawyer litigant, hereby moves this Honorable Court to certify the action filed in this case, a Class action, and shows:

2. Plaintiff, [...], has filed a Civil Action in this case, naming three elected officials and their subordinates, and the Public Defender branch office of the Alternate Defense Counsel as defendants or et al.

3. The four corners of the complaint involve facts common to a group of people who were harmed by the conduct of specific branches of the State of Colorado government, who have been alleged to have intentionally and maliciously prevented, persons under the jurisdiction of the State of Colorado criminal justice system from exercising their clearly established rights, privileges, and immunities, that are guaranteed them pursuant to the Constitution of the United States of America,

which have been outlined in the facts within the Complaint. If certified a class, it would consist of approximately (60,000) Sixty thousand State Prisoners, direct Sentences; Post Sentences; plea agreements and pretrial detainees from the Seventeenth Judicial District, and perhaps other Judicial Districts, where the accused were made by policy; procedure; threat, force, intimidation, or otherwise made to speak with their Public Defenders, ADC Counsel or even Private Counsel, in front of law enforcement, or jail officials, who had the capability to see, hear, record, or live feed the attorney client communication, while in custody, between November 23, 2020 and June 1, 2022.

4. Questions of law, or fact with respect to the Claims within the four corners of the Complaint would be common to each person whether they individually sued, or were permitted by joinder, to enter the Class

5. Each person affected, or harmed by the conduct of the specified agencies, that are associated to their elected superior department heads, along with their officers, agents or employees, are typical to the Claims made by Plaintiff, Ralph Wardy, who at this time should be considered the representative party in the Action.

6. Mr. Wardy is a 61 year old male who holds two paralegal Certificates that he obtained by correspondence schools in 1989, and 1992.

4.

7. Mr. Hardy has both a High School Diploma, and a General Education Diploma from the State of Florida. Mr. Hardy worked as an administrative aide to the Florida Dept. of Corrections law clerks who were under reformation by orders from a Class Action Suit styled Costello v. Wainwright regarding prison overcrowding. Mr. Hardy has an above average I.Q and an above average comprehension level that could effectively and fairly represent the interests of the group, in toto if certified to be a Class Action.

8. This Court, nor the defendants, and their counsel, need worry about being bombarded with endless Novels or irrelevant authorities or precedents that would tend

5

to convolute the crux of the complaint.

9. As a pro se litigant he should be entitled to a liberal reading of the complaint which holds in the balance, the Constitutional rights of those that have been harmed by the alleged, intentional and malicious misconduct of the government, officers, agents, or employees of the State of Colorado and Adams County, Colorado.

10. This action should be Certified a Class Action in the interests of justice be done.

WHEREFORE, Plaintiff respectfully requests this Honorable Court Certify this Action, a Class Action.

Respectfully,
Ralph M. Hardy
RALPH HARDY
ACDF # 21-2798
150 N. 19th Ave
Brighton, Co. 80601

6.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing "Motion To Certify Action A Class Action" has been furnished to the defendants named in this action, by U.S. mail, this 30th day of July, 2022.

Ralph M. Hardy
Plaintiff, pro se.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion To Certify action a Class Action has been furnished to Megan Ring, Brian Mason, and Richard Reigenborn by United States Mail on 7-4-22

Respectfully
Ralph M. Blandy
Plaintiff, pro se